IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:07 CV 520

| | |
|---|---|
| Fred D. Brothers,<br><br>Plaintiff,<br><br>v.<br><br>City of Charlotte,<br><br>             Defendant | **ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLETE MEDIATION** |

**THIS CAUSE** came before the Court upon Plaintiff's Motion for an Extension of Time to Complete Mediation. Having reviewed the records and being otherwise advised in the premises, it is,

**ORDERED** and **ADJUDGED** that said motion is GRANTED. The parties shall complete Mediation no later than January 18, 2009.

**SO ORDERED**.

Signed: December 12, 2008

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge