# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:07CV520-C

| | |
|---|---|
| **FRED D. BROTHERS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **CITY OF CHARLOTTE, NC,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion to Extend Time [to File Brief in Support of Motion for Summary Judgment]"(document #16) filed January 28, 2009. For the reasons stated therein, and after conferring with the chambers of the District Judge to whom this case is assigned (the Honorable Robert J. Conrad, Jr.), the Court will grant the Defendant's Motion, and further will re-set the trial date to Judge Conrad's May 4, 2009 term.

**NOW, THEREFORE, IT IS ORDERED:**

1. The Defendant's "Motion to Extend Time [to File Brief in Support of Motion for Summary Judgment]"(document #16) is **GRANTED**, that is, the Defendant shall file its brief in support of its Motion for Summary Judgment on or before February 2, 2009.

2. The Plaintiff's brief in response shall be due 14 days plus 3 days for mailing from the date the Defendant's brief is filed.

3. The Clerk is directed to re-set this matter for Judge Conrad's May 4, 2009 trial term.

4. The Clerk is further directed to send copies of this Order to counsel for the parties; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED.**

Signed: January 29, 2009

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge